

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 3:16CR 092 |
| | ) |
| | ) 18 U.S.C. § 2252A(a)(2)(A) |
| | ) Receipt of Child Pornography |
| v. | ) (Counts One through Six) |
| | ) |
| | ) 18 U.S.C. § 2252A(a)(5)(B) |
| CHARLES ERSKINE CHURCH, | ) Possession of Child Pornography |
| | ) (Counts Seven and Eight) |
| | ) |
| Defendant. | ) 18 U.S.C. § 2253 |
| | ) Forfeiture Notice |

## INDICTMENT

July 2016 Term — At Richmond, Virginia.

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Receipt of Child Pornography)

From on or about October 10, 2015, to on or about November 4, 2015, in the Eastern District of Virginia, the defendant, CHARLES ERSKINE CHURCH, knowingly received child pornography as defined by 18 U.S.C. § 2256, to wit: one image file entitled "3a53f5208efbb39e_0_embedded_1.jpg," which depicts an actual child engaged in sexually explicit conduct, specifically a prepubescent female engaged in anal-genital sexual intercourse; that had been mailed, and, using any means or facility of interstate or foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A))

## COUNT TWO
(Receipt of Child Pornography)

From on or about October 10, 2015, to on or about November 4, 2015, in the Eastern District of Virginia, the defendant, CHARLES ERSKINE CHURCH, knowingly received child pornography as defined by 18 U.S.C. § 2256, to wit: one image file entitled "246a44bd6eb80d59_0_embedded_1.jpg," which depicts an actual child engaged in sexually explicit conduct, specifically a prepubescent female engaged in oral-genital sexual intercourse; that had been mailed, and, using any means or facility of interstate or foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A))

## COUNT THREE
(Receipt of Child Pornography)

From on or about October 10, 2015, to on or about November 4, 2015, in the Eastern District of Virginia, the defendant, CHARLES ERSKINE CHURCH, knowingly received child pornography as defined by 18 U.S.C. § 2256, to wit: one image file entitled "9f851b4d4e3c7c40_0_embedded_1.jpg," which depicts an actual child engaged in sexually explicit conduct, specifically a prepubescent female engaged in genital-genital sexual intercourse; that had been mailed, and, using any means or facility of interstate or foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A))

## COUNT FOUR
(Receipt of Child Pornography)

From on or about October 10, 2015, to on or about November 4, 2015, in the Eastern District of Virginia, the defendant, CHARLES ERSKINE CHURCH, knowingly received child pornography as defined by 18 U.S.C. § 2256, to wit: one image file entitled "fc30cdadf53a00dd_0_embedded_1.jpg," which depicts an actual child engaged in sexually explicit conduct, specifically a prepubescent female engaged in the lascivious exhibition of the genitals; that had been mailed, and, using any means or facility of interstate or foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A))

## COUNT FIVE
(Receipt of Child Pornography)

From on or about October 10, 2015, to on or about November 4, 2015, in the Eastern District of Virginia, the defendant, CHARLES ERSKINE CHURCH, knowingly received child pornography as defined by 18 U.S.C. § 2256, to wit: one image file entitled "ce24ee594f89c01e_0_embedded_1.jpg," which depicts an actual child engaged in sexually explicit conduct, specifically a prepubescent female engaged in the lascivious exhibition of the genitals; that had been mailed, and, using any means or facility of interstate or foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A))

## COUNT SIX
(Receipt of Child Pornography)

From on or about October 10, 2015, to on or about November 4, 2015, in the Eastern District of Virginia, the defendant, CHARLES ERSKINE CHURCH, knowingly received child pornography as defined by 18 U.S.C. § 2256, to wit: one image file entitled "aaa28bc4f74b1810_0_embedded_1.jpg," which depicts an actual child engaged in sexually explicit conduct, specifically a prepubescent female engaged in the lascivious exhibition of the genitals; that had been mailed, and, using any means or facility of interstate or foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2)(A))

## COUNT SEVEN
(Possession of Child Pornography)

From on or about October 10, 2015, to on or about November 4, 2015, in the Eastern District of Virginia, the defendant, CHARLES ERSKINE CHURCH, knowingly possessed child pornography as defined by 18 U.S.C. § 2256, to wit: one image file entitled ".thumbdata3--1967290299_embedded_3.jpg," which depicts an actual child engaged in sexually explicit conduct, specifically a prepubescent female engaged in genital-genital sexual intercourse; that had been mailed, and, using any means or facility of interstate or foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; or that was produced using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(5)(B))

## COUNT EIGHT
(Possession of Child Pornography)

From on or about October 10, 2015, to on or about November 4, 2015, in the Eastern District of Virginia, the defendant, CHARLES ERSKINE CHURCH, knowingly possessed child pornography as defined by 18 U.S.C. § 2256, to wit: one image file entitled ".thumbdata3--1967290299_embedded_4.jpg," which depicts an actual child engaged in sexually explicit conduct, specifically a prepubescent female engaged in oral-genital sexual intercourse; that had been mailed, and, using any means or facility of interstate or foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; or that was produced using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(5)(B))

## FORFEITURE NOTICE

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant is hereby notified that, if convicted of any of Counts One through Eight, the defendant shall forfeit to the United States his interest in any visual depiction produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 *et seq.*, and any property, real or personal, constituting or traceable to gross profits or other proceeds or used or intended to be used to commit or promote the commission of such offense(s), including, but not limited to the following:

**One (1) LG tablet computer, S/N 5911074, including internal hard drives and associated peripheral equipment (*i.e.*, keyboard, mouse, monitor, cables);**

**One (1) Toshiba HD laptop computer, S/N unknown, including internal hard drives and associated peripheral equipment (*i.e.*, keyboard, mouse, monitor, cables);**

5

**One (1) Samsung Sm-G928V cellular telephone, S/N R38G70HXCRR; and**

**One (1) Samsung Galaxy S6 Edge Plus, S/N unknown.**

(In accordance with Title 18, United States Code, Section 2253).

                                              A TRUE BILL:

                                              FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

_____
Thomas K. Johnstone IV
Special Assistant United States Attorney